IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WIN HTAY, | * |
| Petitioner, | * |
| v. | *    Case No. 4:19-CV-104 (CDL) |
| MICHAEL J. DONAHUE, | * |
| Respondent. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 26, 2019, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of November, 2019.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk